IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANE LEE MITCHELL                                                                    PLAINTIFF
ADC #121150

V.                          NO. 4:25-cv-01312-JM

KIM SMITH, *et al*.                                                                   DEFENDANTS

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Mitchell's timely objections, as well as a de novo review of the record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Mitchell's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

Mr. Mitchell's motion to amend his complaint (Doc. No. 13) is denied. He has failed to comply with Rule 5.5(e) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas by attaching a copy of a proposed amended complaint.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 13th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE