IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE LEE MITCHELL**                                                                                       **PLAINTIFF**
**ADC #121150**

V.                                        NO. 4:25-cv-01312-JM

**KIM SMITH,** *et al*.                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE